**OXLEY, Lana K. and Leon A., Appellants,**

v.

**MATILLO, Vicki S., Appellee.**

**No. 32S05–0202–CV–124.**

Supreme Court of Indiana.

Feb. 22, 2002.

*ORDER*

Appellee, Vicki S. Matillo, by counsel, files an "Appellee's Petition to Transfer."

The opinion of the is found at *Oxley v. Matillo,* 747 N.E.2d 1179 (Ind.Ct.App. 2001).

In light of this Court's decision in *Ray–Hayes v. Heinamann,* 760 N.E.2d 172 (Ind.2002), this Court GRANTS the Petition to Transfer, thereby vacating the opinion of the Court of Appeals, *see* Appellate Rule 58(A), and AFFIRMS the trial court's dismissal of this action.

All Justices concur, except for DICKSON, J., who dissents without opinion.